# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 09-02188-TUC-JMR [CRP] |
| vs. | ) | |
| FRANCISCO JESUS ALVAREZ, | ) | **O R D E R** |
| Defendant. | ) | |

Defendant having filed a Motion To Preserve Contraband For Reweighing *[Doc8]*, and good cause appearing;

**IT IS ORDERED** that this motion is **GRANTED,** and that the contraband seized in the above-captioned matter shall be preserved, for a period of 35 days from today's date, within which time Defense counsel can make arrangements to weigh said contraband.

DATED this 16th day of October, 2009.

_____
CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE